**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, Nevada 89146
Tel: 702.410.7500
Fax: 702.410.7520

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
Erroneously Named As "Capital One Bank, N.A.",

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| CATHERINE LILLY,<br><br>          Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, N.A.,<br><br>          Defendant. | Case No. 2:16-cv-02668-JCM-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT CAPITAL ONE BANK (USA), N.A. TO FILE A RESPONSIVE PLEADING TO COMPLAINT [FIRST REQUEST]**<br><br>[*[Proposed] Order lodged concurrently herewith*]<br><br>Complaint Filed:   November 19, 2016<br>Trial Date:            TBA |

Plaintiff Catherine Lilly (collectively "Plaintiff"), by and through her counsel of record, David Krieger, and Defendant Capital One Bank (USA), N.A., erroneously named as "Capital One" ("Capital One"), by and through its counsel of record, Brandon C. Fernald, hereby submit this stipulation to extend Capital One's time to file a responsive pleading to the Complaint by three (3) weeks, as follows:

**WHEREAS:**

1. Plaintiff filed the Complaint in this matter on November 19, 2016;

2. The Parties agree that a brief extension of time for Capital One to file its responsive pleading to the Complaint would benefit both Parties because it will allow them to continue to gather additional facts and information while continuing to devote their resources to exploring the potential for early resolution of this matter before incurring further fees and costs;

3. Capital One and Plaintiff have agreed to extend Capital One's current deadline to respond to Plaintiff's Complaint by three (3) weeks to Wednesday, February 8, 2017;

**NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, AND FOR GOOD CAUSE, IT IS HEREBY STIPULATED THAT:**

Capital One will file its responsive pleading to the Complaint on or before Wednesday, February 8, 2017;

**IT IS SO STIPULATED.**

DATED: January 19, 2017          HAINES & KRIEGER, LLC


                                  By: */s/ David Krieger*_____
                                       DAVID KRIEGER
                                  Attorneys for Catherine Lilly

1

| | | |
|---|---|---|
| 1 | DATED:  January 19, 2017 | FERNALD LAW GROUP LLP |

By: */s/ Brandon C. Fernald*
      BRANDON C. FERNALD

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A

1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **DISTRICT OF NEVADA – LAS VEGAS**
10
11 CATHERINE LILLY,                    Case No. 2:16-cv-02688-JCM-GWF
         Plaintiff,
12
13 v.                                  **[PROPOSED] ORDER**

14 CAPITAL ONE BANK, N.A.,            Complaint Filed: Nov. 19, 2016
                                      Trial Date:      TBA
15       Defendants.
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The Court has reviewed the Stipulation filed by Plaintiff Catherine Lilly and Defendant Capital One Bank (USA), N.A. ("Capital One"), to extend Capital One's time to file a responsive pleading to the Complaint by three (3) weeks. The Stipulation is incorporated herein by reference. Good cause appearing thereon, the Court hereby orders as follows:

Capital One's time to file a responsive pleading to the Complaint is hereby extended. Capital One shall file its responsive pleading to the Complaint on or before February 8, 2017.

**IT IS SO ORDERED.**

DATED: 3/21/2017

_____
UNITED STATES MAGISTRATE JUDGE

1