**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, Nevada 89146
Tel: 702.410.7500
Fax: 702.410.7520

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
Erroneously Named As "Capital One Bank, N.A.",

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| CATHERINE LILLY,<br><br>  Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, N.A.,<br><br>  Defendant. | Case No. 2:16-cv-02668-JCM-GW<br><br>**STIPULATION OF DISMISSAL OF CAPITAL ONE BANK (USA), N.A. PURSUANT TO FRCP 41(a)(1)(A)(ii); ORDER**<br><br>Complaint Filed: November 19, 2016, 2016<br>Trial Date: TBA |

1     PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure
2  41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Capital One
3  Bank (USA), N.A., erroneously named as "Capital One" ("Capital One"), from the
4  above captioned action, without prejudice. Each party will bear its own fees and costs.

Dated: October 4, 2017

Respectfully submitted,

| /s/ *David H. Krieger, LLC* | /s/ *Brandon Claus Fernald* |
|---|---|
| David H. Krieger, Esq. | Brandon Claus Fernald, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 10582 |
| HAINES & KRIEGER, LLC | FERNALD LAW GROUP LLP |
| 8985 S. Eastern Avenue | 6236 Laredo Street |
| Suite 350 | Las Vegas, NV 89146 |
| Henderson, NV 89123 | Email: |
| Email: dkrieger@hainesandkrieger.com | brandon.fernald@fernaldlawgroup.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant Capital One Bank, N.A.* |

*Lilly v. Capital One Bank, N.A., et al*
*2:16-cv-02852-APG-GWF*

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED  10/5/2017

1